IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Coker, Patricia A | Case Number: 04 B 08603 |
| | Judge: Wedoff, Eugene R |
| Printed: 8/19/08 | Filed: 3/4/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 15, 2008
Confirmed: April 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 12,600.00 | |
| Secured: | | 2,668.19 |
| Unsecured: | | 6,590.25 |
| Priority: | | 0.00 |
| Administrative: | | 2,694.00 |
| Trustee Fee: | | 647.56 |
| Other Funds: | | 0.00 |
| Totals: | 12,600.00 | 12,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 1,723.18 | 1,723.18 |
| 2. | Peter F Geraci | Administrative | 970.82 | 970.82 |
| 3. | Ford Motor Credit Corporation | Secured | 2,668.19 | 2,668.19 |
| 4. | Specialized Management Consultants | Unsecured | 193.14 | 445.37 |
| 5. | Illinois Student Assistance Commission | Unsecured | 576.28 | 1,325.16 |
| 6. | Retailers National Bank | Unsecured | 184.02 | 424.31 |
| 7. | Educational Credit Management Corp | Unsecured | 1,197.62 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 1,113.06 | 2,566.51 |
| 9. | Capital One | Unsecured | 193.07 | 445.20 |
| 10. | FDS National Bank | Unsecured | 220.53 | 508.21 |
| 11. | Ford Motor Credit Corporation | Unsecured | 379.69 | 875.49 |
| 12. | World Financial Network Nat'l | Unsecured | 546.76 | 0.00 |
| 13. | Banana Republic | Unsecured | | No Claim Filed |
| 14. | J Crew | Unsecured | | No Claim Filed |
| 15. | Pier 1 Imports Inc | Unsecured | | No Claim Filed |
| 16. | Limited Stores | Unsecured | | No Claim Filed |
| 17. | Retailers National Bank | Unsecured | | No Claim Filed |
| 18. | Retailers National Bank | Unsecured | | No Claim Filed |
| 19. | Providian | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 9,966.36 | $ 11,952.44 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 56.56 |
| 4% | 58.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Coker, Patricia A

Printed:  8/19/08

Case Number:  04 B 08603
Judge:  Wedoff, Eugene R
Filed:  3/4/04

|  |  |
|---:|---:|
| 6.5% | 171.29 |
| 3% | 33.92 |
| 5.5% | 143.06 |
| 5% | 33.76 |
| 4.8% | 59.99 |
| 5.4% | 90.81 |
|  | _____ |
|  | $ 647.56 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

      Marilyn O. Marshall, Trustee, by:

